UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOBILE LIFESTYLES, INC., a Florida corporation,
JOSEPH SANTILLI, an individual, and
JONATHAN SLAGER, an individual,

                Plaintiffs,

    -against-

MOBILE ENTERTAINMENT, INC., a
Delaware corporation, and LAVALIFE, INC.,
a Delaware corporation,

                Defendants.
-----------------------------------------------------------------X

**RULE 7.1 STATEMENT**

08 CV 1559

JUDGE SWEET

FILED FEB 14 2008
U.S.D.C. S.D.N.Y.
CASHIERS

    I, Homer B. Ramsey, an attorney for plaintiffs MOBILE LIFESTYLES, INC., JOSEPH SANTILLI and JONATHAN SLAGER, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Federal Rule of Civil Procedure 7.1:

    MOBILE LIFESTYLES, INC. is not publicly traded and does not have a parent corporation. Furthermore, there is no publicly held corporation that owns 10% or more of the stock of MOBILE LIFESTYLES, INC.

Dated: New York, New York
       February 13, 2008

                              HERZFELD & RUBIN, P.C.

                By: _____
                              Homer B. Ramsey (HR 9760)
                              Attorneys for Plaintiffs
                              40 Wall Street
                              New York, New York 10005
                              (212) 471-8500