UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                        Index No. 08CV1559

---

MOBILE LIFESTYLES, INC. A FLORIDA CORPORATION JOSEPH SANTILLI AN
INDIVIDUAL AND JONATHAN SLAGER AN INDIVIDUAL
                                                    , Plaintiff(s)

- against -

MOBILE ENTERTAINMENT INC. A DELAWARE CORPORATION; LAVALIFE, INC. A
DELAWARE CORPORATION
                                                    , Defendant(s)

---

State of Delaware    )
                     ) SS.:
County of Kent       )

### AFFIDAVIT OF SERVICE

Edward Jones being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Delaware. That on 02/22/2008 at 2:46 PM at:
      UNITED CORPORATE SERVICES, INC.
      874 WALKER ROAD
      SUITE C
      DOVER DE 19904
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT AND JURY DEMAND

on MOBILE ENTERTAINMENT

a domestic and/or foreign corporation
by delivering thereat true copies to VICTORIA TAYLOR
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Receptionist and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 44  HEIGHT: 5'7''  WEIGHT: 125  HAIR: BLACK  RACE: BLACK  SEX: FEMALE

                                                              Edward Jones      Lic. #.

SWORN TO BEFORE ME                       OUR DOC# 20679
                                         Herzfeld & Rubin, P.C.
Sworn and subscribed before me the       40 Wall Street, 52nd Floor
10th day of MARCH 20 08                  New York NY 10005
                                         212-471-8500
Notary Public                            61892.0001
CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08CV1559

---

MOBILE LIFESTYLES, INC. A FLORIDA CORPORATION JOSEPH SANTILLI AN
INDIVIDUAL AND JONATHAN SLAGER AN INDIVIDUAL

, Plaintiff(s)

- against -

MOBILE ENTERTAINMENT INC. A DELAWARE CORPORATION; LAVALIFE, INC. A
DELAWARE CORPORATION

, Defendant(s)

---

State of Delaware     )
                      )  SS.:
County of New Castle  )

AFFIDAVIT OF SERVICE

Ronald Lennon being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of .   That on 02/22/2008 at 12:12 PM at:
    THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER
    AS REGISTERED AGENT FOR LAVALIFE, INC.
    1209 ORANGE STREET
    WILMINGTON DE 19801
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT AND JURY DEMAND

on  LAVALIFE, INC

a domestic and/or foreign corporation
by delivering thereat true copies to Scott Lascala
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Section Head and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35   HEIGHT: 5'10''   WEIGHT: 160   HAIR: BROWN   RACE: WHITE   SEX: MALE

SWORN TO BEFORE ME _____

Sworn and subscribed before me this
3RD day of MARCH 20 08

_Notary Public_

Ronald Lennon
OUR DOC# 20678
Herzfeld & Rubin, P.C.
40 Wall Street, 52nd Floor
New York NY 10005
212-471-8500
61892.0001

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 10092/02

---

MOBILE LIFESTYLES, INC. A FLORIDA CORPORATION, JOSEPH SANTILLI, AN
INDIVIDUAL, AND JONATHAN SLAGER AN INDIVIDUAL

, Plaintiff(s)

- against -

MOBILE ENTERTAINMENT INC. A DELAWARE CORPORATION; LAVALIFE INC. A
DELAWARE CORPORATION

, Defendant(s)

---

State of Illinois     )
                      ) SS.:
County of DuPage      )

AFFIDAVIT OF SERVICE

Craig Palmer being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Illinois.  That on 02/27/2008 at 10:40 AM at:
    185 N. YORK ROAD
    ELMHURST IL 60126
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT AND JURY DEMAND
upon ANTHONY JOSEPH POPE,
by delivering true copies to:
Jacqueline Quick, Office Manager
who stated that they were authorized to accept service on behalf of:
ANTHONY JOSEPH POPE.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    ANTHONY JOSEPH POPE
    LAVALIFE, INC
    185 N. YORK ROAD
    ELMHURST IL 60126
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within Illinois State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Illinois. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 62  HEIGHT: 5'5''    WEIGHT: 150    HAIR: BLONDE    RACE: WHITE    SEX: FEMALE
OTHER: Glasses

Craig Palmer    License # 117-00119

SWORN TO BEFORE ME 2-28-08

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

OUR DOC# 20674
Herzfeld & Rubin, P.C.
40 Wall Street, 52nd Floor
New York NY 10005
212-471-8500
61892.0001