

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILL. 3/24/08

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW
40 WALL STREET
NEW YORK, NY 10005-2349

TELEPHONE: (212) 471-8500
FAX: (212) 344-3333
WWW.HERZFELD-RUBIN.COM

RECEIVED
MAR 19 2008
JUDGE SWEET CHAMBERS

March 19, 2008

Homer B. Ramsey
Direct Line: (212) 471-8517
hramsey@herzfeld-rubin.com

**Via Facsimile**
Hon. Robert W. Sweet
United States District Court
500 Pearl Street
New York, New York 10007

So ordered
[signature] Sweet
USDJ
3-20-08

Re: Mobile Lifestyles, Inc. v. Mobile Entertainment, Inc., et al.
Case No.: 08 CV 1559 (RWS) (DF)
Our File No. 61892.0001

Dear Judge Sweet:

We represent the plaintiffs in this matter. In accordance with your clerk's directive, we submit this letter application for leave to supplement our electronic filing of the Complaint.

This action was commenced by our filing of paper copies of a Summons, Complaint and Rule 7.1 Disclosure Statement with the Clerk of the Court on February 14, 2008. The Complaint references exhibits A through G, which are annexed to it.

Subsequently, pursuant to the ECF instructions, our office transmitted an email to the Clerk of the Court at case_openings@nysd.uscourts.gov, annexing the initiating documents. However, based upon previous directives from the ECF Help Desk, we did not include the exhibits to the Complaint in our email. We were previously advised that lengthy exhibits to an initiating document need not be filed electronically due to their large file size.

On March 17, 2008, defendants' counsel requested that we electronically submit to the Court the exhibits to the Complaint. On March 18, 2008, we telephoned the ECF Help Desk and were told we must obtain consent from Your Honor to supplement our electronic submission of the initiating documents. Accordingly, we telephoned Your Honor's chambers and were instructed by a clerk to submit this letter application.

HERZFELD & RUBIN LLP
1925 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2783
TELEPHONE (310) 553-0451

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY SUITE 1100
LIVINGSTON, NEW JERSEY 07039-1022
TELEPHONE (973) 535-8840

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE (40) (21) 311-1460
FAX (40) (21) 311-1466

HERZFELD & RUBIN, P.C.

Hon. Robert W. Sweet
March 19, 2008
Page 2

      We respectfully request, on consent of defendants' counsel, that we be permitted to transmit the exhibits to the Complaint by email to the Clerk of the Court, in order to supplement our prior email transmission of the initiating documents. We reiterate that the paper copies of the initiating documents that were filed with the Clerk of the Court were complete, with all exhibits, as were the copies which were served upon the defendants.

      Thank you.

Respectfully submitted,

Homer B. Ramsey (HR9760)

cc:    Robert A. Horowitz, Esq.