Homer B. Ramsey
Herzfeld & Rubin, P.C.
40 Wall Street
New York, NY  10005
Phone:  212-471-8500
Fax:  212-344-3333
Email:  hramsey@herzfeld-rubin.com

*Attorneys for Plaintiffs Mobile Lifestyles, Inc.,*
 *Joseph Santilli and Jonathan Slager*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBILE LIFESTYLES, INC., a Florida corporation, JOSEPH SANTILLI, an individual, and JONATHAN SLAGER, an individual,<br><br>   Plaintiffs,<br><br>vs.<br><br>MOBILE ENTERTAINMENT, INC., a Delaware corporation; LAVALIFE, INC. a Delaware corporation,<br><br>   Defendants. | **NOTICE OF HEARING**<br><br>Case No.:  1:08-cv-01559-RWS<br><br>Honorable Robert W. Sweet |

Please take notice that on May 7, 2008 at 4:30 p.m., a Pretrial Conference will be held before the Honorable Robert W. Sweet at the U.S. Courthouse, 500 Pearl Street, New York, New York, 10007, Courtroom 18C.  A copy of the Pretrial Order entered by the court on April 11, 2008 is attached as Exhibit A.

DATED this 16th day of April, 2008.

                                                  HERZFELD & RUBIN, P.C.

By: _____
       Homer B. Ramsey (HR9760)
       Attorneys for Plaintiffs
       40 Wall Street
       New York, NY 10005
       Phone: (212) 471-8500
       Fax: (212) 344-3333

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

      SARA GUTMAN, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

      On April 16, 2008, I served the within

### NOTICE OF HEARING

by depositing a true copy thereof enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, to the following persons at the last known address set forth below:

To:   Robert A. Horowitz, Esq.
       GREENBERG TAURIG, LLP
       200 Park Avenue
       New York, New York 10166

                                                    SARA GUTMAN

Sworn to before me this
16th day of April, 2008

_____
Notary Public

HOMER B. RAMSEY
Notary Public, State of New York
No. 02RA6003281
Qualified in Nassau County
Commission Expires March 2, 2010

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mobile Lifestyles
                    Plaintiff(s),

- against -

Mobile ~~Entertainment~~

                    Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

PRETRIAL ORDER

08 civ 1559 (RWS)

Sweet, D. J.

      The above entitled action has been assigned to Judge Robert W. Sweet for all purposes. Counsel are directed to meet and discuss settlement, pretrial discovery and all preliminary matters. Interrogatories shall be served in accordance with Local Rule 33.3. A letter application must be made for any interrogatory sought under Rule 33.3(b). All documents produced in response to request for documents pursuant to Rule 34, Fed.R.Civ.P. shall be produced as maintained in the usual course of business or as organized and labelled to correspond with categories requested.

      If this action has been settled or otherwise terminated, counsel are directed to file or mail a stipulation of discontinuance, voluntary dismissal, or other proof of termination of the action prior to the date of the pretrial conference with Tsz Chan, Courtroom Clerk to Judge Sweet, Room 18C, U.S. Courthouse, 500 Pearl Street, New York, New York 10007; otherwise counsel are directed to appear in courtroom 18C on 5/7/08 at 4:30 pm for a pretrial conference for the purpose of discussing settlement with the court, exploring contemplated motions, stipulating facts, arranging a plan and schedule for all discovery, resolving any anticipated discovery issues, and setting a time for trial. Plaintiff(s)' counsel ARE REQUIRED TO NOTIFY COUNSEL FOR ALL PARTIES OF THIS CONFERENCE. Prior to the appearance at the pretrial conference, all counsel appearing in the action shall have exchanged discovery requests, either formally or informally, and shall resolve or present all discovery disputes.

If issue has not been joined and plaintiff(s)' counsel is unaware of the identity of defense counsel, plaintiff(s)' counsel is directed to appear at the conference EX PARTE; but if plaintiff(s)' counsel knows the identity of defense counsel, he is directed to mail a copy of this order to defense counsel forthwith.

It shall be the responsibility of the counsel now of record to show this order to the attorney appearing at the pretrial conference, trial counsel and any other attorney hereafter participating in this action. The attorney appearing at the pretrial conference must be authorized to enter into a settlement agreement and to make other appropriate stipulations.

This conference may not be adjourned without direction from the court. Failure to appear at the conference may result in termination of this action.

All mail and telephone calls concerning the calendar status of this action must be directed to the Courtroom Clerk. Any requests for interpreters must be made at least 24 hours in advance of the hearing at which such services are required by calling the Interpreters Office (805-0084).

Motions before Judge Sweet will be returnable at 12 noon on Wednesday of each week pursuant to the notice published in the New York Law Journal. Appointments for conferences, information applications or requests for emergency discovery relief must be arranged through the Courtroom Clerk.

The New York Law Journal will list actions on the trial calendar and the number of the courtroom in which Judge Sweet is sitting.

It is so ordered.

New York, N. Y.

4-11-08

_____
ROBERT W. SWEET
U.S.D.J.

2