# HERZFELD & RUBIN, P.C.

ATTORNEYS AT LAW
40 WALL STREET
NEW YORK, NY 10005-2349

TELEPHONE: (212) 471-8500
FAX: (212) 344-3333
WWW.HERZFELD-RUBIN.COM





April 25, 2008

Homer B. Ramsey
Direct Line: (212) 471-8517
hramsey@herzfeld-rubin.com

**Via Facsimile**
Hon. Robert W. Sweet
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Mobile Lifestyles, Inc. v. Mobile Entertainment, Inc., et al.
           Case No.: 08 CV 1559 (RWS) (DF)
           <u>Our File No. 61892.0001</u>

Dear Judge Sweet:

    We represent the plaintiffs in this matter. We are submitting this letter in accordance with our discussion with your clerk, Jamie, this morning.

    On April 24, 2008, we filed plaintiffs' motion to admit Byron Benevento, Esq. *pro hac vice*. Jamie has advised that Your Honor does not require a hearing for that motion. Our clients have requested that Mr. Benevento be permitted to participate, together with the undersigned, at the initial conference scheduled in this matter on May 7, 2008 at 4:30 PM. Because Mr. Benevento's offices are in Utah, we respectfully request that he be permitted to participate in the conference by telephone. I plan to attend the conference in person.

    Thank you for your consideration.

Respectfully submitted,

Homer B. Ramsey (HR9760)

cc: Robert A. Horowitz, Esq.

---

HERZFELD & RUBIN LLP
1925 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2783
TELEPHONE (310) 553-0451

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY SUITE 1100
LIVINGSTON, NEW JERSEY 07039-1022
TELEPHONE (973) 535-8840

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOP
BUCHAREST 1, ROMANIA
TELEPHONE (40) (21) 311-1460
FAX (40) (21) 311-1468