UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOBILE LIFESTYLES, INC., a Florida corporation,
JOSEPH SANTILLI, an individual, and JONATHAN
SLAGER, an individual,

                Plaintiffs,

-against-

MOBILE ENTERTAINMENT, INC., a Delaware
corporation; LAVALIFE, INC. a Delaware corporation,

                Defendants.
-----------------------------------------------------------------X

ORDER GRANTING PRO
HAC VICE ADMISSION ON
BRYON J. BENEVENTO, ESQ.

08-cv-01559 (RWS) (DF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

On motion of Plaintiffs, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that leave is granted to Bryon J. Benevento, Esq. of Snell & Wilmer L.L.C., 15 West South Temple, Suite 1200, Salt Lake City, Utah, 84101, to appear *pro hac vice* in the above-referenced case, as co-counsel with Herzfeld & Rubin, P.C. for Mobile Lifestyles, Inc., Joseph Santilli, and Jonathan Slager.

SO ORDERED this the 24 day of April, 2008.

Honorable Robert W. Sweet

MICROFILMED APR 2 8 2008 9:00 AM