Robert A. Horowitz (RH-2814)
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, New York 10166
Telephone: 212-801-9200
Fax: 212-801-6400
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

| | |
|---|---|
| MOBILE LIFESTYLES, INC., a Florida corporation, JOSEPH SANTILLI, an individual, and JONATHAN SLAGER, an individual, | Civil Action No.: 08-cv-01559 (RSW) (DF) |
| Plaintiffs, | |
| -against- | **APPEARANCE** |
| MOBILE ENTERTAINMENT, INC., a Delaware corporation; LAVALIFE, INC. a Delaware corporation, | |
| Defendants. | |

------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Mobile Entertainment, Inc., and Lavalife, Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
May 7, 2008

                        GREENBERG TRAURIG, LLP

                        By: /s/ Robert A. Horowitz
                            Robert A. Horowitz (RH-2814)
                        200 Park Avenue
                        New York, New York 10166
                        Telephone: (212) 801-9200
                        Fax: (212) 801-6400
                        horowitzr@gtlaw.com
                        *Attorneys for Defendants*

TO:    Herzfeld & Rubin, P.C.
        40 Wall Street
        New York, New York  100005
        Telephone:  (212) 471-8500
        Fax:  (212) 344-3333
        *Attorneys for Plaintiffs*