Robert A. Horowitz (RH-2814)
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, New York 10166
Telephone: 212-801-9200
Fax: 212-801-6400
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| MOBILE LIFESTYLES, INC., a Florida corporation, JOSEPH SANTILLI, an individual, and JONATHAN SLAGER, an individual, | Civil Action No.: 08-cv-01559 (RWS) (DCF) |
| Plaintiffs, | |
| MOBILE ENTERTAINMENT, INC., a Delaware corporation; LAVALIFE, INC. a Delaware corporation, | |
| Defendants. | |

------------------------------------------------------------X

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Defendants, by their undersigned attorneys, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Mobile Entertainment, Inc. is a wholly-owned subsidiary of Lavalife, Inc.

Defendant Lavalife, Inc. is a wholly-owned subsidiary of Vetrue Incorporated.

Dated: New York, New York
May 13, 2008

                                            GREENBERG TRAURIG, LLP

                                            By: /s/ Robert A. Horowitz.
                                                Robert A. Horowitz (RH-2814)
                                                200 Park Avenue
                                                New York, New York 10166
                                                Telephone: (212) 801-9200
                                                Fax: (212) 801-6400
                                                horowitzr@gtlaw.com
                                                *Attorneys for Defendants*

TO: Herzfeld & Rubin, P.C.
40 Wall Street
New York, New York 10005
Telephone: (212) 471-8500
Fax: (212) 344-3333
*Attorneys for Plaintiffs*